```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 12-111 WBS |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE TO JULY 23, 2012, AT 9:30 A.M. |
| v. | ) | |
| DARREN BROWN, | ) | Date: June 4, 2012 |
|  | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. William B. Shubb |

THE PARTIES STIPULATE, through counsel, Matthew G. Morris, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Darren Brown, that the Court should vacate the status conference scheduled for June 4, 2012, at 9:30 a.m., and reset it for July 23, 2012, at 9:30 a.m.

Counsel for defendant requires further time to review discovery and to consult with Mr. Brown.

The parties further stipulate that the Court should exclude the period from the date of this order through July 23, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The

Stipulation and [Proposed] Order    1                    12-111 WBS

1  parties stipulate that the ends of justice served by granting Mr.
2  Brown's request for a continuance outweigh the best interest of the
3  public and Mr. Brown in a speedy trial, and that this is an appropriate
4  exclusion of time for defense preparation within the meaning of 18
5  U.S.C. § 3161(h)(7) (Local Code T4).

6  Dated: May 31, 2012                    Respectfully submitted,

7                                         DANIEL BRODERICK
                                          Federal Defender
8
                                          /s/ M.Petrik
9
                                          _____
                                          MICHAEL PETRIK, Jr.
10                                        Assistant Federal Defender

11 Dated: May 31, 2012                    BENJAMIN B. WAGNER
                                          United States Attorney
12
                                          /s/ M.Petrik for
13
                                          _____
                                          MATTHEW G. MORRIS
14                                        Assistant U.S. Attorney

15                                    **ORDER**

16     **IT IS SO ORDERED.** The Court orders that the status conference be
17 continued from June 4, 2012, at 9:30 a.m., to July 23, 2012, at 9:30
18 a.m.  The Court also orders time excluded from the date of this order
19 through the status conference on July 23, 2012, pursuant to 18 U.S.C. §
20 3161(h)(7) (Local Code T4).  For the reasons stated above, the Court
21 also finds that the ends of justice served by granting defendant's
22 request for a continuance outweigh the best interest of the public and
23 defendant in a speedy trial.

24 DATED: June 4, 2012         _/s/ William B. Shubb_____
25                             WILLIAM B. SHUBB
                               UNITED STATES DISTRICT JUDGE
26
27
28 Stipulation and [Proposed] Order          2                    12-111 WBS