DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 12-111 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | TO CONTINUE STATUS CONFERENCE TO |
| v. ) | SEPTEMBER 24, 2012, AT 9:30 A.M. |
| ) | |
| DARREN BROWN, ) | Date:  July 23, 2012 |
| ) | Time:  9:30 a.m. |
| Defendant. ) | Judge: Hon. William B. Shubb |

THE PARTIES STIPULATE, through counsel, Matthew G. Morris, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Darren Brown, that the Court should vacate the status conference scheduled for July 23, 2012, at 9:30 a.m., and reset it for September 24, 2012, at 9:30 a.m.

Counsel for defendant requires further time to review discovery, conduct a forensic examination of computer and to consult with Mr. Brown.

/ / /

/ / /

Stipulation and [Proposed] Order             1                    12-111 WBS

1    The parties further stipulate that the Court should exclude the
2 period from the date of this order through September 24, 2012, when it
3 computes the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act.  The
5 parties stipulate that the ends of justice served by granting Mr.
6 Brown's request for a continuance outweigh the best interest of the
7 public and Mr. Brown in a speedy trial, and that this is an appropriate
8 exclusion of time for defense preparation within the meaning of 18
9 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: July 18, 2012            Respectfully submitted,

                                DANIEL BRODERICK
                                Federal Defender

                                /s/ M.Petrik
                                _____
                                MICHAEL PETRIK, Jr.
                                Assistant Federal Defender

Dated: July 18, 2012            BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ M.Petrik for
                                _____
                                MATTHEW G. MORRIS
                                Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders that the status conference be continued from July 23, 2012, at 9:30 a.m., to September 24, 2012, at 9:30 a.m.  The Court also orders time excluded from the date of this order through the status conference on September 24, 2012, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).  For the reasons stated above, the Court also finds that the ends of justice served by granting

defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

DATED:  July 18, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE