1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) No. 12-111 WBS
                                )
12           Plaintiff,          ) STIPULATION AND [PROPOSED] ORDER
                                ) TO CONTINUE STATUS CONFERENCE TO
13     v.                       ) NOVEMBER 5, 2012, AT 9:30 A.M.
                                )
14 DARREN BROWN,                ) Date:  September 24, 2012
                                ) Time:  9:30 a.m.
15           Defendant.          ) Judge: Hon. William B. Shubb
                                )
16

17     THE PARTIES STIPULATE, through counsel, Matthew G. Morris,

18 Assistant United States Attorney, and Michael Petrik, Jr., attorney for

19 Darren Brown, that the Court should vacate the status conference

20 scheduled for September 24, 2012, at 9:30 a.m., and reset it for

21 November 5, 2012, at 9:30 a.m.

22     Counsel for defendant requires further time to review discovery,

23 conduct a forensic examination of computer and to consult with Mr.

24 Brown.

25 / / /

26 / / /

27

28 Stipulation and [Proposed] Order          1                    12-111 WBS

The parties further stipulate that the Court should exclude the period from the date of this order through November 5, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Brown's request for a continuance outweigh the best interest of the public and Mr. Brown in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: September 18, 2012          Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   /s/ M.Petrik
                                   _____
                                   MICHAEL PETRIK, Jr.
                                   Assistant Federal Defender


Dated: September 18, 2012          BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ M.Petrik for
                                   _____
                                   MATTHEW G. MORRIS
                                   Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.** The Court orders that the status conference be continued from September 24, 2012, at 9:30 a.m., to November 5, 2012, at 9:30 a.m.  The Court also orders time excluded from the date of this order through the status conference on November 5, 2012, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).  For the reasons stated above, the

Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

DATED: September 18, 2012

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE