1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,    ) No. 12-111 WBS
                                ) **AMENDED**
12           Plaintiff,         ) STIPULATION AND [PROPOSED] ORDER
                                ) TO CONTINUE STATUS CONFERENCE TO
13     v.                       ) JANUARY 7, 2013, AT 9:30 A.M.
                                )
14 DARREN BROWN,                ) Date:  November 5, 2012
                                ) Time:  9:30 a.m.
15           Defendant.         ) Judge: Hon. William B. Shubb
   _____)

17     THE PARTIES STIPULATE, through counsel, Matthew G. Morris,
18 Assistant United States Attorney, and Michael Petrik, Jr., attorney for
19 Darren Brown, that the Court should vacate the status conference
20 scheduled for November 5, 2012, at 9:30 a.m., and reset it for January
21 7, 2013, at 9:30 a.m.

22     Counsel for defendant requires further time to review discovery,
23 conduct a forensic examination of computer and to consult with Mr.
24 Brown.
25 / / /
26 / / /

28 Stipulation and [Proposed] Order         1                    12-111 WBS

The parties further stipulate that the Court should exclude the period from the date of this order through January 7, 2013, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Brown's request for a continuance outweigh the best interest of the public and Mr. Brown in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: November 1, 2012         Respectfully submitted,

                                DANIEL BRODERICK
                                Federal Defender

                                /s/ M.Petrik
                                _____
                                MICHAEL PETRIK, Jr.
                                Assistant Federal Defender


Dated: November 1, 2012         BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ M.Petrik for
                                _____
                                MATTHEW G. MORRIS
                                Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.** The Court orders that the status conference be continued from November 5, 2012, at 9:30 a.m., to January 7, 2013, at 9:30 a.m. The Court also orders time excluded from the date of this order through the status conference on January 7, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4). For the reasons stated above, the

1 Court also finds that the ends of justice served by granting
2 defendant's request for a continuance outweigh the best interest of the
3 public and defendant in a speedy trial.

DATED:   November 2, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE