```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:12-cr-00111-WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) MOTION TO DISMISS INDICTMENT |
| DARREN BROWN, | ) |
| Defendant. | ) |

The United States, by and through undersigned counsel, hereby moves the Court, under Federal Rule of Criminal Procedure 48(a), to dismiss the indictment with respect to defendant DARREN BROWN for the following reasons:

    1.  On November 13, 2012, the Sacramento County Coroner's Office determined defendant DARREN BROWN to be deceased.

    2.  The government received a copy of a confirmation of that fact from the Coroner's Office on November 14, 2012.  A redacted copy of that report is attached hereto as Exhibit A.

\\\

\\\

1

1    3.  Accordingly, the United States moves the Court to dismiss
2 the indictment against the defendant in this matter.

4 Dated: November 14, 2012                    BENJAMIN B. WAGNER
                                              United States Attorney

6                                             /s/ Matthew G. Morris
                                              By: MATTHEW G. MORRIS
7                                             Assistant U.S. Attorney

9 **IT IS SO ORDERED.**

10 DATED: November 15, 2012

12 WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

2